IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LEE HUMPHREY,<br><br>        Petitioner,<br><br>vs.<br><br>RICK HILL, Warden, Folsom State Prison,<br><br>        Respondent. | No. 2:12-cv-1494-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 30] |

On March 11, 2014, this Court denied Roy Lee Humphrey, a state prisoner proceeding *pro se*, habeas corpus relief and also denied a certificate of appealability. Docket Nos. 24 at 34-35, 25 at 1. On March 21, 2014, Humphrey timely filed with this Court a notice of appeal. Docket No. 26; FED. R. APP. P. 4(a)(1)(A); *Bowles v. Russell*, 551 U.S. 205, 207 (2007). The notice of appeal was processed on March 24, 2014, Docket No. 27, and on the same day, the documents which had been lodged by Respondent were transferred from this Court to the Ninth Circuit Court of Appeals in accordance with Federal Rule of Appellate Procedure 22(b)(1) and Ninth Circuit Rule 22-1(b), Docket No. 28.

On July 28, 2014, Humphrey filed with this Court a "motion for discover[y] of the Deputy Attorney General entire lodging and or documents of records filed in the Eastern District of California." Docket No. 30. In that motion, Humphrey requests a copy of all documents lodged by Respondent, including eight volumes of Clerk's Transcripts, fourteen volumes of Reporter's Transcripts, and nine additional lodged documents. Docket No. 30 at 5-6. This Court hereby denies Humphrey's motion on the grounds that the entire record is now with the Circuit

Court and Humphrey's request is premature until that Court grants a certificate of appealability.

Any further requests for records should be addressed to the Ninth Circuit Court of Appeals. *See*

FED. R. APP. P. 22(b)(1); 9TH CIR. R. 22-1(b).

**IT IS THEREFORE ORDERED THAT** the motion requesting all lodged documents at

Docket No. 30 is **DENIED**.

Dated: July 31, 2014.

/s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
Senior United States District Judge